In the Matter of HENRY T. HERMS et al., Respondents, v. NEW YORK STATE LIQUOR AUTHORITY, Appellant.—

834

Hopkins, Munder and Martuscello, JJ., concur.